# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162607(60)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

GARY THOMAS FISCHER,
       Defendant-Appellant.

SC: 162607
COA: 348539
Livingston CC: 18-025329-FH

_____/

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The supplement submitted on February 11, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2021



Clerk